UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **JONATHAN KIMBERLY** AKA *JONATHAN KOURTNEY*, )<br>)<br>**PLAINTIFF** )<br>)<br>v. )<br>)<br>**KIM KARDASHIAN**, ET AL., )<br>)<br>**DEFENDANTS** ) | CIVIL NO. 2:12-CV-196-DBH |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On June 28, 2012, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, her Recommended Decision on the plaintiff's pending motions. The time within which to file objections expired on July 16, 2012, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's motion to proceed *in forma pauperis* is **DENIED** and this action is summarily **DISMISSED**. I place Jonathan Kimberly a/k/a Jonathan Kourtney on **NOTICE** that filing restrictions "may be in the offing." Cok v. Family Court of Rhode Island, 985 F.2d 32, 35 (1st Cir. 1993). This represents the "cautionary order" of which Cok speaks. Id. Groundless and inappropriate filings will not be tolerated.

**SO ORDERED.**

**DATED THIS 19TH DAY OF JULY, 2012**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**